UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON, | Case No.: 5:13-cv-00295-PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| WHOLE FOODS MARKET CALIFORNIA, INC. et al, | |
| Defendants. | |

The docket indicates the parties have agreed to fully settle this case.[1]  Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 9, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, December 10, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 20 (indicating mediation resulted in a settlement).

1
Case No.: 5:13-cv-00295-PSG
ORDER

IT IS SO ORDERED.

Dated: October 9, 2013

                                                     _____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:13-cv-00295-PSG
ORDER