1  Irene Karbelashvili, State Bar Number 232223
   Law Office of Irene Karbelashvili
2  12 South First Street, Suite 413
   San Jose, CA 95113
3  Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Kenneth J. Pinto, State Bar Number 221422
   Law Office of Kenneth J. Pinto
6  12 South First Street, Suite 713
7  San Jose, CA 95113
   Telephone: (408) 289-1765
8  Fax: (408) 289-1754

9  Attorneys for RICHARD JOHNSON, Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| RICHARD JOHNSON,<br>　　　　Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., d/b/a WHOLE FOODS MARKET; RITE AID CORPORATION, d/b/a/ RITE AID; COLG, L.P., a/k/a CORNERSTONE OF LOS GATOS and DOES 1-20,<br>　　　　Defendants. | Case No. CV 13-0295 PSG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) 0RDER<br>[F.R.C.P.§§ 41(a)(1)(ii) and (2)] |

Plaintiff RICHARD JOHNSON and Defendant RITE AID CORPORATION and COLG, L.P., a/k/a CORNERSTONE OF LOS GATOS by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on January 22, 2013. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each party shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

DATED: 10-15-2013                By:   s/Irene Karbelashvili
                                       IRENE KARBELASHVILI
                                       Attorney for Plaintiff,
                                       RICHARD JOHNSON


DATED:       10-18-2013          KELLY, HOCKEL & KLEIN P.C.

                                 By: s/GABRIELLE HANDLER MARKS
                                 Attorney for Defendant, RITE AID
                                 CORPORATION


DATED:       10-18-2013          SILICON VALLEY LAW GROUP

                                 By: s/MICHAEL W. STEBBINS
                                 Attorney for Defendant, COLG, L.P.


Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.
Executed this 15th day of October 2013 in San Jose, California.

                                       s/Irene Karbelashvili
                                       IRENE KARBELASHVILI

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendant is dismissed with prejudice. Each party shall pay its own attorneys' fees and costs.

DATED: October ____ 2013

_____
THE UNITES STATES DISTRICT JUDGE
HONORABLE PAUL S. GREWAL